UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARIKA DESHAZER,

    Plaintiff,

v.

SAAD AUTO PARTS INC., and
FRANKENMUTH INSURANCE
COMPANY,

    Defendants.
_____/

Case No. 25-12536

F. Kay Behm
United States District Judge

### ORDER REGARDING DEFENDANT'S MOTION TO DISMISS (ECF No. 8)

On August 14, 2025, Plaintiff Larika Deshazer filed a complaint in this district against Defendants Saad Auto Parts, Inc., and Frankenmuth Insurance Company. On September 17, 2025, Saad Auto Parts filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim and Rule 12(b)(1) for lack of subject matter jurisdiction (ECF No. 8).

Fed. R. Civ. P. 15(a)(1)(B) states that a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b), rather than filing a response. Accordingly, without expressing any view regarding the merits of the Motion to

Dismiss, the court reminds Plaintiff of the opportunity to cure any purported deficiencies by filing an amended complaint.

If Plaintiff files an amended complaint, the court will deny without prejudice the currently pending Motion to Dismiss as moot. If Plaintiff elects not to file an amended complaint and instead files a substantive response, the court will rule on the pending motion and any dismissal may be with prejudice.

**SO ORDERED**.

Date: September 23, 2025         s/F. Kay Behm
                                 F. Kay Behm
                                 United States District Judge